# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, TACOMA DIVISION

**Douglas Mortensen and Sherry Abbott, as an individual and on behalf of others similarly situated,**

      Plaintiff,

v.

**Peacehealth Networks and Peacehealth**

      Defendant.

Case No.: 3:18-cv-06011-BHS

**ORDER**

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation and for good cause shown, all individual claims of Plaintiffs in this action, including all claims asserted in Plaintiffs' First Amended Complaint, are dismissed <u>with prejudice</u>, with all parties to bear their own fees and costs. The Court further orders that any claims of absent putative class members asserted against Defendants are dismissed <u>without prejudice</u>. This action should be marked closed.

DATED: 7 January 2020

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION — 1